IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

UNITED STATES OF AMERICA     *
                                                       *   CRIMINAL NO. 10-00293-KD-M
v.     *
                                                       *
THOMAS GEORGE TANSEY, JR.     *

**FINAL JUDGMENT OF FORFEITURE**

**WHEREAS**, On March 15, 2011, the Defendant, **THOMAS GEORGE TANSEY, JR.** entered a plea of guilty to Counts One and Two of the indictment and agreed to forfeit to the United States all of his right, title, and interest to all property which is set forth in the forfeiture notice of the indictment and which is forfeitable to the United States pursuant to Title 18, United States Code, Section 2428. Pursuant to the guilty plea, the Defendant, **THOMAS GEORGE TANSEY, JR.**, agreed to and confessed to forfeit the following property:

    **(1) One Dell Dimension E-510 desktop computer, serial number FR3H1B1**, and

    **(2) One Samsung T-Mobile cell phone, IMEI number 353061/03/418562/4.**

**WHEREAS**, the United States properly published notice of the forfeiture of the above described property and the requirements for filing a claim for the property for 30 consecutive days starting April 7, 2011, on www.forfeiture.gov. A Proof of Publication was filed on May 11, 2011, (Doc. 51), specifying the details of this publication. No third parties have come forward to assert an interest in the subject property in the time required under Title 21, United States Code, Section 853(n).

    **NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the following property is forfeited to The United States of America pursuant to Title 18, United States Code, Section 2428, and Federal Rule of Criminal Procedure 32.2(b), for

1

disposition according to law:

**(1) One Dell Dimension E-510 desktop computer, serial number FR3H1B1 and**

**(2) One Samsung T-Mobile cell phone, IMEI number 353061/03/418562/4.**

**IT IS FURTHER ORDERED** that the Court shall retain jurisdiction in the case for the purpose of enforcing this Order; and

**IT IS FURTHER ORDERED** that the Clerk of the Court shall forward three (3) certified copies of this Order to Assistant United States Attorney John G. Cherry.

**DONE** and **ORDERED** this the **17th** day of **June, 2011**.

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**